No. 1004. MEYER, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry M. Stevenson* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.

No. 1006. PANDOLFI ET AL. *v.* UNITED STATES. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Nicholas T. Rogers* and *Jesse Climenko* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron, Fred E. Strine, George F. Kneip,* and *W. Marvin Smith* for the United States.

No. 1008. BROWN PAPER MILL Co., INC. *v.* NATIONAL LABOR RELATIONS BOARD. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. A. Bolinger* and *L. J. Benckenstein* for petitioner. *Solicitor General Biddle* and *Messrs. Thomas E. Harris, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 1022. COUPE ET AL. *v.* UNITED STATES. June 3, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Oliver Wendell Holmes Hughes* and *Fred W. McConnell* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip* and

652

*W. Marvin Smith* for the United States.

No. 1038. TOUCHTON *v.* CITY OF FORT PIERCE. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harvey C. Crittenden* for petitioner. *Mr. Robert J. Pleus* for respondent.

No. 1046. BAYER *v.* UNITED STATES. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Abraham Solomon* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. George F. Kneip* and *W. Marvin Smith* for the United States.

No. 975. INTERNATIONAL TRADING CORP. *v.* EDISON ET AL. June 3, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Mr. D. F. McGowan* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Messrs. Paul A. Sweeney* and *Warner W. Gardner* for respondents.

No. 984. DENTON *v.* LOWDEN ET AL., TRUSTEES. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Mitchel J. Henderson* for petitioner. *Messrs. Hale Houts* and *William S. Hogsett* for respondents.